IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

__Pine Bluff__ DIVISION



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 18 2014

JAMES W. McCORMACK, CLERK
By: __JBrown__
               DEP CLER'

__JEREMY KENNEDY #93061__

(Enter above the full name of the plaintiff(s)
in this action.)

V.                     CASE NO. __5:14-CV-095 DPM/HDY__

__Ray Hobbs; C Gardner; Dr. Bishop; Dr. Iko;__
__Dr. Olsen; Dr. McKinney__

This case assigned to District Judge __Marshall__
and to Magistrate Judge __Young__

(Enter above the full name of the defendant(s)
in this action.)

I.   Previous Lawsuits
     a) Have you begun other lawsuits in state or federal court dealing with the same facts involved
        in this action?

        Yes _X_           No ____

     b) If your answer to "a" is "Yes", describe each lawsuit in the space below <u>including the exact
        plaintiff name or alias used</u>. (If there is more than one lawsuit, describe the additional
        lawsuits on another piece of paper, using the same outline.)

        1. Parties to this lawsuit

           Plaintiffs: __~~Kennedy~~ Jeremy Kennedy__

           Defendants: __Barbara Collins et al__

        2. Court (if federal court, name the district; if state, name the county): ____
           __U.S. District Court Eastern District of Arkansas__

        3. Docket Number: __5:14-CV-00053__

4) Name of judge to whom case was assigned: **Deere**

5) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?): **Magistrate Judge Deere said I could not file several claims in one action. She ordered me to amend my complaint to include only one claim. I am filing the other 3 claims in separate actions, this is one of them**

6) Approximate date of filing lawsuit: **02/14/2014**

7) Approximate date of disposition: **N/A**

II. Place of Present Confinement: **Varner Unit**

III. There is a prisoner grievance procedure in the Arkansas Department of Corrections. **Failure to complete the grievance procedure may affect your case in federal court.**

a) Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes __X__   No _____

b) If your answer is "yes", attached copies evidencing completion of the final step of the grievance appeal procedure. **FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.**

c) If your answer is "no", explain why not: _____

IV. Parties

(In item "a" below, place your name in the first blank and place your present address in the second blank.

a) Name of Plaintiff: **Jeremy Kennedy**

Address: **P.O. Box 600 Grady Ar 71644**

Name of Plaintiff: **Ra**

Address: _____

(In item "b" below, place the **full** name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.)

b) Defendant: Ray Hobbs

Position: Director ADC

Place of Employment: _____

Address: P.O. Box 8707 Pine Bluff

Defendants: Drs Olsen and Iko, C Gardner

Position: Medical staff

Place of Employment: Varner Unit Infirmary

Address: P.O. Box 600 Grady Ar

Defendant: Dr. Bishop

Position: Medical staff

Place of Employment: Calico Rock N.C.U. Infirmary

Address: Unknown

Defendant: Dr. McKinney

Position: Medical Staff

Place of Employment: Ouchita River Unit Infirmary

Address: Unknown

V. Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. It you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

_____

_____

_____

_____*Attached*_____

_____

_____

VI.    Relief

**State briefly exactly what you want the court to do for you.** Make no legal arguments. Cite no cases or statutes.

_____

_____*Attached*_____

_____

_____

_____

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this __17__ day of __March__, 20 __14__.

                                            Respectfully submitted,

                                            PLAINTIFF, Pro Se
                                            ADC #
                                            Varner Unit
                                            Arkansas Department of Correction
                                            Grady, AR 71644

Civil Rights Complaint with a Jury Demand

Introduction

This is a civil rights action filed by Jeremy Kennedy, a state prisoner, for damages and injunctive relief under 42 U.S.C. § 1983, alleging a denial of adequate medical care in violation of the 8th Amendment to the U.S. Constitution. The Plaintiff also alleges the torts of medical malpractice and negligence.

Jurisdiction

1. This court has jurisdiction over the plaintiff's claims of violations of federal constitutional rights under 42 U.S.C. §§ 1331(1) and 1343

2. This court has supplemental jurisdiction over plaintiff's state law tort claims under 28 U.S.C. § 1367

Parties

3. Plaintiff Jeremy Kennedy was a prisoner in the custody of the Arkansas Dept. of Corrections at all times relevant to this action

4. Ray Hobbs (Defendant) was at all times relevant the Director of the A.D.C.

5. Drs. McKinney, Bishop, Olsen and Iko were (Defendants) were at all times relevant doctors contracted by the ADC to provide medical care to prison inmates

6. C. Gardner (Defendant) was at all times relevant a medical grievance officer

7. All Defendants are sued in their individual capacities

8. All Defendants acted under color of state law at all times relevant to this complaint.

9. In 2007, Kennedy was diagnosed as having Hepatitis C ("Hep C")

10. Per medical department protocol an inmate with Hep C is placed on a Chronic Care list. and his disease is monitored. Every 90 days his blood is drawn and analyzed for liver enzyme levels. Elevated enzymes levels are indicative of disease progression. The medical department protocol for determining that a Hep C Inmate needing treatment is that his enzymes level be 3x times normal levels for 3 consecutive Chronic Care visits.

11. In or around May 2012, Kennedy was seen by Dr. McKinney. Kennedys enzymes levels were at the prerequisite levels for the prerequisite amount of time establishing a need for treatment.

12. Kennedy did not receive any treatment, then or since.

13. Since then Kennedy has been seen by Drs. Bishop Olsen and Iko. He has complained about his Hep C. He has complained of pains in his side and lower chest area. The Defendants have said Kennedy does not have Hep C. That he has no liver disease and removed him from the Chronic Care list. Then that he has Hep B which the medically department supposedly vaccinated him against in 2008.

14. As of his last lab test when Kennedy was declared free of liver disease, his enzymes were still very high. Much higher than a normal persons. his side and lower chest area where the liver is located constantly hurts. some times the pain is excruciating.

15. Kennedy has consistently complained to all defendants about not receiving Hepatitis treatment even though 2 years ago he satisfied the criteria that mandated a need for treatment.

16. The only "treatment" he received was approximately 4 months ago

he complained to Olsen and expressed a fear of cancer, Olsen said it "might be" dyspepsia (heartburn). When Kennedy returned a month later he told her the Zantac she prescribed for the possible heartburn did nothing and that the pain was getting worse, she did nothing except increased the dosage of Zantac

17. 2 years ago Kennedys lab results showed his liver enzyme levels at 3x the levels of a normal persons. These elevated enzyme levels are a "red flag" accepted by the medical profession as an indicator that HepC is progressing.

18. Since then Despite continually elevated enzyme levels Kennedy has not received treatment for his liver disease

19. Untreated Hepatitis is likely to lead to Liver Cancer or Cirrhosis. Both conditions are likely to be fatal. 2 years ago lab results indicated his liver disease was progressing. Kennedy did not then nor since has he received treatment. Over the past several months the pain in his liver area has become stronger and more frequent. He has complained to Drs. Bishop, Olsen and Iko on multiple occasions to no avail

20. At this time, his side hurts all the time. Even when the pain eases, there remains a sort of pressure, a sense of fullness. Kind of like his liver is big or swollen which could be a result of Cirrhosis or of a tumor

21. What it is not is heartburn.

22. In addition to the chronic pain Kennedy has experienced and complained of a loss of weight and appetite. He often is nauseated at the thought of food

23. Even thought Kennedy has complained of symptoms of cancer and even expressed a fear of cancer to Iko and Olsen, neither has done anything to even see if he has cancer

24. The actions of McKinney, Bishop, Olsen and Iko constituted medical treatment that was so grossly incompetent and inadequate as to shock the concious and to be intolerable to fundamental fairness. In the obvious need for treatment, the actions of the defendants were so cursory that it amounted to no treatment at all. The actions of these defendants constituted a deliberate indifference to Kennedys serious medical needs in violation of the U.S. Constitution 8th Amendment.

25. The medical department has procedures, protocol and criteria to determine when a inmate with Hepatitis requires treatment. Kennedy met that criteria 2 years ago. Drs. McKinney Bishop Iko and Olsen each had personal knowledge of Kennedys need for treatment and each failed to follow professional standards or even prison medical care protocols in providing or ensuring Kennedy received the needed treatment. The professional standards and protocols are evidence of each defendants knowledge of the risks posed by Kennedys symptoms and condition

26. The actions of the defendants constitute a state tort of medical negligence and malpractice

27. Each defendant doctor failed to have and use the knowledge, skill and care ordinarily possessed and employed by members of the profession in good standing

28. The duty of care owed to Kennedy was the same as that owed to a private patient. The actions of the defendants did not come close to providing the necessary level of care

29. The negligent actions of these defendants was a direct cause of the pain and suffering Kennedy has experienced

30. In addition to his federal deliberate Indifference claim Kennedy brings this state law tort claim under the supplemental Jurisdiction of this Court

31. In addition to the actual pain and suffering that the actions of these defendants have caused Kennedy to suffer Kennedy also states a claim for mental pain and emotional anguish was caused by the described acts

32. Hepatitis is a life threatening disease that causes cancer Simply having hepatitis is terrifying. Then These doctors say he doesnt have it and Kennedy felt like he'd gotten a reprieve Then they say he doesnt have it, then he does, then he doesnt and now they're saying he's had Hep B all along

33. Kennedy feels pain from his diseased liver, even though he knows his lab tests showed he needs treatment, he's been faced with the fact that he likely wont be treated

34. Kennedy cannot adequately described the frustration anguish and hopelessness he feels because he knows he'll likely face a unnecessary agonizing death due to the defendants acts and the obvious fact that the just do Not care.

35. Defendants Hobbs and Gardner became liable for all acts described herein when they became aware of them through kennedys grievances and failed to take corrective actions

36. Since kennedy has failed to receive Hepatitis treatment and has complained of symptoms of Hepatitis progression to no avail it is not likely he will received treatment until he becomes so

sick that the defendants can no longer ignore him. By that time it'll be too late to successfully treat the cancer and he'll die.

3) For this reason Kennedy states facts that he is in imminent threat of serious physical harm

Relief

For these actions described here in Kennedy asks this court to rule that his rights were violated issue an injunction ordering the Defendants to treat Kennedys hepatitis and grant compensatory damages in the amount of $10,000.00 and punitive damages in the amount of $10,000.00

Respectfully Submitted

Jeremy Kennedy #93061
P.O. Box 600
Grady Ar 71644

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center __VARNER__

Name __Jeremy Kennedy__

ADC# __093061__  Brks # __19__  Job Assignment __Votech__

FOR OFFICE USE ONLY
GRV # __VU-13-01270__
Date Received __11-2-13__ __13 OCT 30 AM 11 14__
GRV. Code #: __600__

__10-28-13__ (Date) STEP ONE: Informal Resolution

__11-1-13__ (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: __This Grievance is not just about lab work. I'm having pain in my center chest and Ab area, I have no appetite. I'm losing weight. These are symptoms of cancer__

__10-28-13__ (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: _____

Is this Grievance concerning Medical or Mental Health Services? __YES__ If yes, circle one: __medical__ or mental
**BRIEFLY** state your one complaint/concern and be specific as to the complaint, __date__, place, name of personnel involved and how **you** were affected. (Please Print): I HAVE BEEN COMPLAINING TO MEDICAL FOR MONTHS ABOUT ACHES AND PAINS IN THE CENTER OF MY CHEST AND RIGHT SIDE. I RECEIVE NO RESULTS. I'VE HAD CHRONIC CARE LAB TESTS BUT NO ONE WILL DISCUSS THEM WITH ME. ~~[crossed out]~~ I LEFT PRISON IN NOVEMBER 2012 M-2 WITH SEVERAL RESTRICTIONS. I CAME BACK IN MAY 2013 AND DESPITE BEING TOLD OF MY SHOULDER WHICH WAS WHY I WAS M-2 W/ RESTRICTIONS, I WAS CLASSIFIED AS M-1 WITH NO LIMITATIONS. IN AUGUST 2011 I ~~[crossed out]~~ FAILED TO RECEIVE ANY TYPE OF MEDICAL CARE FOR A BROKEN NOSE AND HEAD INJURY. THIS LEFT ME PERMANENTLY DISFIGURED. FROM LATE 2011 UNTIL AROUND MARCH, I WAS FORCED TO ENDURE SEVERAL MONTHS OF PAIN BECAUSE OF AN ABSCESSED TOOTH THAT CMS CORIZON DENTAL STAFF FAILED TO TREAT. OVER ALL I HAVE BEEN SUBJECTED TO A CONSISTENT AND REPEATED PATTERN OF NEGLIGENCE BECAUSE OF THE POLICIES AND PRACTICES OF CORIZON STAFF.

__Jeremy Kennedy__ __10-28-13__
Inmate Signature / Date

RECEIVED DEPUTY DIRECTOR
ARKANSAS DEPARTMENT OF CORRECTION
DEC 17 2013
HEALTH & CORRECTIONAL PROGRAMS

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be (Step One) and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? __Yes__ (Yes or No). If yes, name of the person in that department receiving this form: __A. Stewart__ Date __10/30__

__O. Simpson__ __8464__ __Sgt Simpson__ __10-29-13__
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature  Date Received

Describe action taken to resolve complaint, including **dates**: __you was seen about your lab work as of Oct 30, 2013.__

__Stewart__ __11/1/13__          ____ __11-1-13__
Staff Signature & Date Returned          Inmate Signature & Date Received

This form was received on _____ (date), pursuant to **Step Two**. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____ Date: _____
Action Taken: _____ (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: __W____ Date: __11/7/13__

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE** – Grievance Officer; **ORIGINAL** – Given back to Inmate After Completion of Step One and Step Two.

INMATE NAME: Kennedy, Jeremy S.          ADC #: 093061G          GRIEVANCE #: VU-13-01270

## HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

(609) You submitted a grievance on October 28, 2013, grieving numerous issues including that your lab results had not been discussed with you. Per policy, you are only allowed to grieve one issue per grievance, I will address your lab issue as well.

The informal response states that your lab follow-up was completed October 30, 2013, which is correct. You were seen by the APN November 11 complaining of coughing and chest discomfort. She advised that your chest x-ray is normal and she ordered Guaifenesin 600mg, Ranitidine 300mg and Coal tar shampoo. Submit a sick call request if in order to address your unresolved medical concerns. Your grievance is without merit.

_____
Signature of Health Services
Administrator/Mental Health Supervisor or
Designee

Medical Grv Officer
Title

12/10/2013
Date

---

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE?

I'M NOT SATISFIED WITH This ANSWER

RECEIVED-DEPUTY DIRECTOR
ARKANSAS DEPARTMENT
OF CORRECTION

DEC 17 2013

HEALTH & CORRECTIONAL PROGRAMS

_____
Inmate Signature

93061
ADC#

12/11/13
Date

IGTT430
3GD
Attachment VI

INMATE NAME: Kennedy, Jeremy S.      ADC #: 093061      GRIEVANCE#:VU-13-01270

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On October 28, 2013, you grieved that you have been subjected to a consistent and repeated pattern of negligence due to the policies and procedures of Corizon staff. You state you have been complaining for months about the aches and pain in the center of your chest and right side, your lab results have not been discussed with you, your medical class is different than what it was when you were in prison last time, you did not receive medical care for a broken nose in 2011 and dental staff failed to treat your abscessed tooth.

The medical department responded, "The informal response states that your lab follow-up was completed October 30, 2013, which is correct. You were seen by the APN November 11 complaining of coughing and chest discomfort. She advised that your chest x-ray is normal and she ordered Guaifenesin 600mg, Ranitidine 300mg and Coal tar shampoo. Submit a sick call request if in order to address your unresolved medical concerns. Your grievance is without merit."

Your appeal states, "I'm not satisfied with this answer."

According to the grievance policy, an inmate has 15 days after the occurrence of an incident to file a grievance. You submitted your Step One Informal Resolution past the allotted time to grieve an issue. I encourage you to adhere to the grievance policy.

Your medical issues have been addressed, and the providers continue to address your issues. I encourage you to utilize the sick call process if your current treatment plan is ineffective.

This appeal is without merit.

_____       2/3/2014
Director      Date

# UNIT LEVEL GRIEVANCE FORM (Attachment I)

Unit/Center VARNER

Name JEREMY KENNEDY

DC# 093061   Brks # 19   Job Assignment VO-TECH

FOR OFFICE USE ONLY
GRV # VU-13-01303
Date Received: 11-15 NOV 15 PM 3:58
GRV. Code #: 600

NOV 5 '13 (Date) STEP ONE: Informal Resolution

11/7/13 (Date) STEP TWO: Formal Grievance (All complaints/concerns should first be handled informally.) If the issue was not resolved during Step One, state why: _____

NOV 5 '13 (Date) EMERGENCY GRIEVANCE (An emergency situation is one in which you may be subject to a substantial risk of physical harm; emergency grievances are not for ordinary problems that are not of a serious nature). If you marked yes, give this completed form to the designated problem-solving staff, who will sign the attached emergency receipt. If an Emergency, state why: MEDICAL

Is this Grievance concerning Medical or Mental Health Services? ✓ If yes, circle one: (medical) or mental

**BRIEFLY** state your one complaint/concern and be specific as to the complaint, **date**, place, name of personnel involved and how **you** were affected. (Please Print): I HAVE BEEN HAVING ACHES AND PAINS IN THE CENTER OF MY CHEST. I DONT HAVE AN APPETITE AND I AM LOSING WEIGHT. THESE ARE SYMPTOMS OF ESOPHEGAL CANCER. I'VE BEEN TO SICK CALL. DR OLSEN GAVE ME ZANTEC AND NASAL SPRAY. THESE MEDICATIONS HAVE NOTHING TO DO WITH THE PROBLEM AND THEY'VE DONE NOTHING TO ALLEVIATE ANY OF THE SYMPTOMS. I'VE PUT IN ANOTHER SICK CALL. I WAS ON THE LIST TO BE SEEN SUNDAY BUT WAS NOT. IF THIS IS NOT CANCER THEN THAT'D BE GREAT BUT IF IT IS, THEN IT NEEDS TO BE DIAGNOSED AND TREATED A.S.A.P. IF CORIZON STAFF REFUSE TO EXERCISE THE MINIMUM ACTION OF SIMPLY CHECKING TO SEE IF SOMETHING IS SERIOUSLY WRONG, THEN I WILL TAKE THIS GRIEVANCE THRU THE STEPS THEN BEFORE THE COURT. I HOPE I'M WRONG BUT IF I AM NOT, FROM THIS POINT ON, EACH INDIVIDUAL WHO ATTACHES THEIR NAME TO THIS ACTION WILL BE CAUSE THEIRSELVES TO BE LIABLE FOR A CLAIM OF DELIBERATE INDIFFERENCE

JEREMY KENNEDY                      NOV. 05 2013         JAN 14 2014
Inmate Signature                    Date

*If you are harmed/threatened because of your use of the grievance process, report it immediately to the Warden or designee.*

**THIS SECTION TO BE FILLED OUT BY STAFF ONLY**

This form was received on _____ (date), and determined to be **Step One** and/or an Emergency Grievance _____ (Yes or No). This form was forwarded to medical or mental health? Yes (Yes or No). If yes, name of the person in that department receiving this form: S. Horton  Date 11/6/13

SFC Jones    7268         S. Jones            11/6/13
PRINT STAFF NAME (PROBLEM SOLVER)  ID Number  Staff Signature     Date Received

Describe action taken to resolve complaint, including date: You were seen by Dr. Olsen on 10/24/13 about your chest pain etc. Put for a sick call for further illness.

SHale  11/7/13                       Jerry   11/6/13
Staff Signature & Date Returned      Inmate Signature & Date Received

This form was received on _____ (date), pursuant to Step Two. Is it an Emergency? _____ (Yes or No).
Staff Who Received Step Two Grievance: _____   Date: _____
Action Taken: _____   NOV 15 2013 (Forwarded to Grievance Officer/Warden/Other) Date: _____
If forwarded, provide name of person receiving this form: _____   Date: 11/15/13

RECEIVED
ARKANSAS DEPARTMENT OF CORRECTION
CORRECTIONAL PROGRAMS

VARNER UNIT GRIEVANCE

**DISTRIBUTION: YELLOW & PINK** – Inmate Receipts; **BLUE** – Grievance Officer; **ORIGINAL** – Given back to Inmate After Completion of Step One and Step Two.

/9BKS/03 ✓

IGTT420  
3GH

Attachment IV

INMATE NAME: <u>Kennedy, Jeremy S.</u>   ADC #: <u>093061G</u>   GRIEVANCE #: <u>VU-13-01303</u>

HEALTH SERVICES RESPONSE TO UNIT LEVEL GRIEVANCE

<u>(617) You submitted a grievance on November 5, 2013, grieving that your name was on November 1, 2013, sick call list related to chest pain, decreased appetite and weight loss but you were not seen. You state your symptoms may be an indication of esophageal cancer and you threaten to file a lawsuit if your complaints are not addressed.</u>

<u>The nurse removed your name from October 30, 2013, sick call list because you were seen by Dr. Iko that same date pertaining to Hepatitis C lab results; your above complaint was not addressed at that time. However, Micheline Olson, APN, saw you November 11. She made an assessment of probable Dyspepsia and increased your Ranitidine from 150mg twice daily to 300mg twice daily. Your grievance had merit due to the delay, but it was resolved November 11.</u>

_(signature)_

Signature of Health Services Administrator/Mental Health Supervisor or Designee

<u>Regional Ombudsman</u>  Title

01/02/2014  Date

**INMATE'S APPEAL**

If you are not satisfied with this response, you may appeal this decision within five working days by filling in the information requested below and mailing it to the Deputy Director for Health & Correctional Programs along with the Unit Level Grievance Form. Keep in mind that you are appealing the decision to the original grievance. Do not list additional issues which were not part of your original grievance as they will not be addressed. Your appeal statement is limited to what you write in the space provided below.

RECEIVED ARKANSAS DEPARTMENT OF CORRECTION JAN 14 2014 DECISION TO CORRECTIONAL PROGRAMS

WHY DO YOU DISAGREE WITH THE RESPONSE GIVEN ABOVE? They say I do not have Hep C and removed me from Chronic Care yet my Liver Enzyme levels are still 2x normal levels and my side hurts all the time and my throat and th center chest still aches alot. yet you say it's "probable" heartburn? Does heartburn cause loss of appetite, Nausea and weightloss.

_(signature)_ Inmate Signature

93061 ADC#

1/04/14 Date

IGTT430
3GD

Attachment VI

INMATE NAME: Kennedy, Jeremy S.     ADC #: 093061     GRIEVANCE#:VU-13-01303

**CHIEF DEPUTY/DEPUTY/ASSISTANT DIRECTOR'S DECISION**

On November 5, 2013, you grieved that the Zantac Mrs. Olson prescribed for your complaints of chest pain, loss of appetite and weight loss is not helping. You state you submitted a sick call and were on the list to be seen, but were not seen. You state your symptoms indicate you could have esophageal cancer.

The medical department responded, "The nurse removed your name from October 30, 2013, sick call list because you were seen by Dr. Iko that same date pertaining to Hepatitis C lab results; your above complaint was not addressed at that time. However, Micheline Olson, APN, saw you November 11. She made an assessment of probable Dyspepsia and increased your Ranitidine from 150mg twice daily to 300mg twice daily. Your grievance had merit due to the delay, but it was resolved November 11."

Your appeal states you were removed from chronic care because they say you do not have hepatitis C, but your liver enzymes are still elevated and your side hurts. You also state your throat and the center of your chest aches a lot, but they say it is probably heartburn. You question if heartburn causes a loss of appetite, nausea and weight loss.

According to the grievance policy, an appeal cannot raise new or additional issues or complaints; therefore, the issue of your hepatitis will not be addressed.

You were seen by Mrs. Olson on November 11 regarding your complaints and she adjusted your medication. I encourage you to utilize the sick call process if your current treatment plan is not effective.

This appeal is without merit.

_____     _____
Director  [signature]          Date  2/26/14