IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEREMY KENNEDY
ADC #093061                                                                                      PLAINTIFF

v.                                  No. 5:14-cv-95-DPM-HDY

RAY HOBBS, Director, ADC;
OLSEN, Dr., medical staff, Varner
Unit Infirmary; IKO, Dr., medical
staff, Varner Unit Infirmary;
C. GARDNER, Dr., medical staff,
Varner Unit Infirmary; BISHOP,
Dr., medical staff, Calico Rock, N.C.U.
Infirmary; MCKINNEY, Dr., medical
staff, Ouachita River Unit Infirmary                                                DEFENDANTS

ORDER

Kennedy's motion for reconsideration, № 15, is denied. Magistrate Judge David Young's Order, № 7, denying Kennedy appointed counsel is not clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); Local Rule 72.1.VII.B.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

14 May 2014