IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEREMY KENNEDY                                                              PLAINTIFF
ADC #093061

v.                           No. 5:14-cv-95-DPM-HDY

RAY HOBBS, Director, ADC;
MICHELLINE OLSON, Dr.,
medical staff, Varner Unit Infirmary;
OJIUGO IKO, Dr., medical staff,
Varner Unit Infirmary; C. GARDNER,
Dr., medical staff, Varner Unit Infirmary;
MICHELLE BISHOP, Dr., medical staff,
Calico Rock, N.C.U. Infirmary; and
GREGORY MCKINNEY, Dr., medical
staff, Ouachita River Unit Infirmary                                        DEFENDANTS

## ORDER

Unopposed recommendation, № 51, adopted. FED. R. CIV. P. 72(b)(1983 addition to Advisory Committee Notes). Kennedy's motions for injunctive relief, № 6 & 34, are denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 June 2014