IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEREMY KENNEDY                                                              PLAINTIFF
ADC #093061

v.                                    No. 5:14-cv-95-DPM-HDY

RAY HOBBS, Director, ADC;
MICHELLINE OLSON, Dr., medical staff,
Varner Unit Infirmary; OJIUGO IKO, Dr.,
medical staff, Varner Unit Infirmary;
C. GARDNER, Dr., medical staff,
Varner Unit Infirmary; MICHELLE
BISHOP, Dr., medical staff, Calico Rock,
N.C.U. Infirmary; and GREGORY MCKINNEY,
Dr., medical staff, Ouachita River Unit Infirmary          DEFENDANTS

ORDER

Magistrate Judge H. David Young denied Kennedy's motion to compel Defendants to produce copies of his medical records because Kennedy can review the records upon request, and because the records will be brought to any hearing. № 55. Kennedy's motion for reconsideration, № 57, is denied. Discovery must be limited if a Court determines that it may be obtained from a source that is more convenient, or less burdensome or expensive. FED. R. CIV. P. 26(b)(2)(C). Judge Young's order is not clearly erroneous or contrary to law. 28 U.S.C. § 636(b)(1)(A); Local Rule 72.1.VII.B

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

14 July 2014