# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**JEREMY KENNEDY**                                                            **PLAINTIFF**
**ADC #093061**

v.                                        No. 5:14-cv-95-DPM-HDY

**RAY HOBBS, Director, ADC;**
**MICHELLINE OLSON, Dr.,**
**medical staff, Varner Unit Infirmary;**
**OJIUGO IKO, Dr., medical staff,**
**Varner Unit Infirmary; CHARLOTTE GARDNER,**
**Dr., medical staff, Varner Unit Infirmary;**
**MICHELLE BISHOP, Dr., medical staff,**
**Calico Rock, N.C.U. Infirmary; and**
**GREGORY MCKINNEY, Dr., medical**
**staff, Ouachita River Unit Infirmary**                    **DEFENDANTS**

## ORDER

On *de novo* review, partial recommendation, № *78*, adopted, FED. R. CIV.

P. 72(b)(3), and Kennedy's quasi-objections, № *80 & 83*, overruled. Summary

judgments for a party with the burden of proof are rare as hen's teeth.

Kennedy's motion for partial summary judgment, № *60*, is denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_19 September 2014_