IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JEREMY KENNEDY
ADC #093061                                                                                         PLAINTIFF

v.                                         No. 5:14-cv-95-DPM

RAY HOBBS, Director, ADC; MICHELLINE OLSON,
Dr., Medical Staff, Varner Unit Infirmary; OJIUGO IKO,
Dr., Medical Staff, Varner Unit Infirmary; CHARLOTTE
GARDNER, Dr., Medical Staff, Varner Unit Infirmary;
MICHELLE BISHOP, Dr., Medical Staff, Calico Rock,
N.C.U. Infirmary; and GREGORY MCKINNEY, Dr.,
Medical Staff, Ouachita River Unit Infirmary                               DEFENDANTS

## JUDGMENT

Kennedy's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 November 2014